1  CHARLES H. HORN (SB# 63362)
   Charles.Horn@Leclairryan.com
2  FELICIA P. JAFFERIES (SB# 251904)
   Felicia.Jafferies@Leclairryan.com
3   LECLAIRRYAN LLP
   44 Montgomery Street, Suite 3100
4  San Francisco, California  94104-4705
   Telephone:     (415) 391-7111
5  Facsimile:     (415) 391-8766

6  Attorneys for Defendant,
   Amazon.com, Inc.
7

8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| STATE FARM GENERAL INSURANCE COMPANY, | Case No.: 3:18-cv-00624 |
|---|---|
| Plaintiffs, | [Removed from Cal. Superior Court, County of Sonoma Superior Court, Case No.:  SCV-261 700] |
| v. | |
| AMAZON.COM, INC., a corporation, and DOES ONE through FORTY, inclusive. | **DEFENDANT AMAZON.COM, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS UNDER CIVIL LOCAL RULE 3-15** |
| Defendants. | |
|  | Action Filed:     December 18, 2017 |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| PARTY | INTEREST |
|---|---|
| 1. State Farm General Insurance Company | Plaintiff |
| 2. DAVID CARPENTER, KIM CARPENTER, individually and as next friend of C. C., a minor, and KIM AGRELLA, trustee of THE CARPENTER FAMILY TRUST | Plaintiffs in Related Case |
| 3. Amazon.com, Inc. | Defendant |
| 4. Zurich American Company | Issued insurance on behalf of Amazon.com, Inc. |

Dated: January 29, 2018   LeClairRyan, LLP

By   */s/ Felicia P. Jafferies*
Felicia P. Jafferies
Charles H. Horn

Attorneys for Defendant,
*AMAZON.COM, INC.*

### CERTIFICATE OF SERVICE

The undersigned certifies that on this 29th day of January, 2018, the foregoing **DEFENDANT AMAZON.COM, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS UNDER CIVIL LOCAL RULE 3-15** was served to all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Adriana L. Lawrence*
Adriana L. Lawrence